# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED STERILIZATION PRODUCTS SERVICES INC.,<br><br>    Defendant. | Case No.: 8:19-cv-00914 JVS (ADSx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Stipulated Protective Order entered into by and between Plaintiff Michael Taylor and Defendant Advanced Sterilization Products, Inc through their attorneys of record on September 3, 2020 is hereby granted. Parties shall refer to Civil Local Rule 79-5 for the procedures to seek permission from the Court to file material under seal.

IT IS SO ORDERED.

DATED: September 4, 2020

/s/ Autumn D. Spaeth

Honorable Autumn D. Spaeth
United States Magistrate Judge

Firm:51277631v1   ORDER GRANTING STIPULATED PROTECTIVE ORDER