James A. Goodman (SBN 089715)
Vanessa K. Manolatou (SBN 266541)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310-556-8861
Facsimile: 310-553-2165
Jgoodman@ebglaw.com
vmanolatou@ebglaw.com

Attorneys for Defendant
ADVANCED STERILIZATION PRODUCTS SERVICES INC.

JS-6

Christine Neill (*pro hac vice*)
NEILL LEGLER COLE PLLC
3141 Hood Street, Suite 200
Dallas, Texas 75219
T: 214.748.777 | F: 214.748.7778
E: christine@nlcemployeelaw.com

Alexander Krakow & Glick LLP (SBN 128307)
J. Bernard Alexander, III
1900 Avenue of The Stars, Suite 900
Los Angeles, CA 90067
T: 310.394.0888 | F: 310.394.0811
E: balexander@akgllp.com

Attorneys for Plaintiff
MICHAEL TAYLOR

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL TAYLOR,

Plaintiff,

v.

ADVANCED STERILIZATION PRODUCTS SERVICES INC.,

Defendant.

Case No.: 8:19-cv-00914 JVS (ADSx)

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F. R. Civ. P. 41(a)(1)**

**ORDER**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the above entitled action is dismissed in its entirety with prejudice. Each party shall bear its respective costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 05, 2021

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

*Respectfully submitted,*

James A. Goodman (SBN 089715)
Vanessa K. Manolatou (SBN 266541)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310-556-8861
Facsimile: 310-553-2165
jgoodman@ebglaw.com
vmanolatou@ebglaw.com

Attorneys for Defendant
ADVANCED STERILIZATION PRODUCTS
SERVICES INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28